

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2014

No. 04-14-00580-CV

**CHRISTUS SANTA ROSA HEALTHCARE CORPORATION** d/b/a Christus Santa Rosa
Hospital- City Centre ("Christus"),
Appellant

v.

Irma **LOPEZ**, as Wrongful Death Beneficiary of Antonio Gonzales, Jr., Deceased,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07558
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant has filed a motion to stay discovery during the pendency of this interlocutory appeal. In the certificate of conference, Appellant states that Appellee is unopposed to the requested stay.

We therefore **grant** the motion and **order** that all discovery, except that permitted under sections 74.351(s) and (u) of the Texas Civil Practice and Remedies Code, is stayed pending final disposition of the appeal by this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court